IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LUCA GUARAGNO, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:09-CV-187-O |
| | § | |
| CARRIE LYNN GUARAGNO, | § | |
| | § | |
|     Respondent. | § | |

MEMORANDUM OPINION AND ORDER

Before the Court is Luca Guaragno's Motion for Leave to Take Deposition of Raymond Loranger (Doc. #61), filed May 5, 2010.

Having considered this motion, related briefing, the evidence, and the applicable law, the Court finds that it should be and is hereby **denied**.

**SO ORDERED** on this **10th** day of **May, 2010**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

1